UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No. 1:23-cr-00031-JMS-MG |
| v. | ) |
| | ) |
| GEORGE LANDY, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S STATUS REPORT
REGARDING COMPETENCY RESTORATION**

The United States of America, by the undersigned counsel, hereby submits this report regarding the status of compliance with the Court's Order of August 1, 2023 (amended August 16, 2023), pursuant to 18 U.S.C. § 4241(d), committing the Defendant, George Landy, to the custody of the Attorney General for hospitalization at a suitable facility for purposes of competency restoration. (Dkts. 32-33.)

1. Attached as Exhibit 1 to this Status Report is a declaration from Dr. Dia Boutwell, the Chief of Psychological Evaluations for the U.S. Bureau of Prisons ("BOP"). Dr. Boutwell's duties include oversight of the BOP's forensic evaluation program and coordination of the pipeline of individuals designated for both outpatient and inpatient forensic studies. (Exh. 1 ¶¶ 1-3.)

2. In the declaration, Dr. Boutwell described the process for a § 4241(d) commitment to a suitable facility. (*Id.* ¶¶ 4-8.) Dr. Boutwell also described BOP's limited staffing, resources, and bedspace at these facilities, which has led to

significant wait times before hospitalization and treatment can commence. (*Id.* ¶¶ 9-11.)

3. As part of her declaration, Dr. Boutwell reviewed Mr. Landy's case and advised of the presently expected timeframe for hospitalization, which is in approximately May 2024:

> In this case, the Federal Medical Center located in Butner, NC (FMC Butner) is the designated medical facility for Mr. Landy to undergo his court-ordered competency restoration. FMC Butner was chosen based upon the factors related above regarding staffing and bed space issues. The likely time frame for admission of Mr. Landy into FMC Butner is approximately May 2024.

(*Id.* ¶ 14.)

4. The government is appreciative of the understanding courts in this district have shown regarding these challenges; nevertheless, the government is acutely cognizant of the due process implications of these wait times. *See, e.g.*, *United States v. Bruno*, No. 1:21-cr-00196-JRS-MJD, Dkt. 48 ("The delays in [defendant's] admission are not the fault of counsel for the Government, the United States Marshals Service, Dr. Boutwell, or the defense. And the Court appreciates that BOP resources are limited and that there is insufficient bed space and inadequate staffing at its competency restoration facilities. In addition, the Court understands the BOP is making efforts to expand its restoration treatment facilities. But none of this can excuse the due process violation."); *United States v. Raja*, No. 1:21-cr-00368-TWP-MG, Dkt. 92 ("[W]hile the fault may not lie with the U.S. Attorney's Office in this District, the U.S. Marshal, or with the BOP, and the

Court is sympathetic to these public servants simply doing their best with limited resources, the Court cannot excuse due process violations based on these considerations.")

5. The government will keep the Court and Mr. Landy's counsel apprised of any material changes in BOP's expected wait time for Mr. Landy and any other material developments in this matter.

                Respectfully Submitted,

                ZACHARY A. MYERS
                UNITED STATES ATTORNEY

By:   /s/ Kelsey Massa
       Kelsey Massa
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on October 23, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By: /s/ Kelsey Massa
Kelsey Massa
Assistant United States Attorney
Office of the United States Attorney
10 W Market Street, Suite 2100
Indianapolis, Indiana 46204-3048
Tel: (317) 226-6333
E-mail: kelsey.massa@usdoj.gov